No. 93–7078. KIMBLE v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7080. ANOLIK v. SUNRISE BANK OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7087. ADAMS v. KERR, DEPUTY WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7103. GONZALES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7104. BLOUNT v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 93–7106. OATESS v. FLORIDA ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7109. CHRISTOPHER v. WADE ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7110. CARTER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7111. BERNARD v. CITY OF SANTA MONICA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–7116. DANIELS v. ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 93–7118. WEST v. ZENON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 93–7122. GRAHAM v. KAESTNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7123. GREEN v. GENERAL MOTORS ACCEPTANCE CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7124. CORBIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7128. BROWN v. DOE, WARDEN. C. A. 2d Cir. Certiorari denied.